UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LADONNA REED-MORTON, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civ. Act. No. 22-cv-1079 (TNM) <br> ) |
| MARCIA L. FUDGE, <br> U.S. Secretary of Housing and Urban Development | ) <br> ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 8, 2023, the parties to the above action, by undersigned counsel, report to the Court as follows.

1. The parties have been diligently engaged in settlement discussions, and, as of this date, report that they have reached an agreement in principle on the terms of settlement. The parties require time to memorialize their agreement, and also note that, pursuant to their agreement, this case will not be dismissed by stipulation until after payment of the settlement has been completed and certain other specified actions taken.

2. Accordingly, in light of the above, the parties request that the Court extend the stay of this action for an additional 60 days and direct the parties to file a further status report on August 7, 2023, if a Stipulation of Settlement and Dismissal has not been filed by that date.

Respectfully submitted,

_____/s/_ Jason I. Weisbrot_____
Jason I. Weisbrot, Esq. (MD Bar No. 28074)
Snider & Associates, LLC
Pikesville Plaza Building
600 Reisterstown Road, 7th Floor

Baltimore, Maryland 21208
Phone: 410-653-9060
Fax:     410-653-9061
jason@sniderlaw.com

Attorney for Plaintiff

    And

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ___/s/ Jeremy S. Simon_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

Counsel for Defendant