UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LADONNA REED-MORTON, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Act. No. 22-cv-1079 (TNM) |
| MARCIA L. FUDGE, U.S. Secretary of Housing and Urban Development | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 7, 2023, the parties to the above action, by undersigned counsel, report to the Court as follows.

1. Since the filing of the last status report, the parties have executed a settlement document entitled "Stipulation of Settlement and Dismissal," which, among other things, sets forth certain time periods for the agency to comply with certain provisions, the last of which is 60 days from the expiration of the revocation period in the Stipulation. After the agency has complied with those provisions, and the payment called for in the Stipulation has been made, the Stipulation will be filed with the Court and operate as a dismissal of the lawsuit with prejudice. The revocation period in the Stipulation expired July 17, 2023, and, accordingly, the parties anticipate that the Stipulation will be filed with the Court, and the case dismissed, prior to the end of September 2023.

2. In light of the above, the parties request that the Court extend the stay of this action until October 2, 2023, and direct the parties to file a further status report on that date if the Stipulation of Settlement and Dismissal has not been filed by September 29, 2023.

Respectfully submitted,

_____/s/_Jason I. Weisbrot_____
Jason I. Weisbrot, Esq. (MD Bar No. 28074)
Snider & Associates, LLC
Pikesville Plaza Building
600 Reisterstown Road, 7th Floor
Baltimore, Maryland 21208
Phone: 410-653-9060
Fax:     410-653-9061
jason@sniderlaw.com

Attorney for Plaintiff

     And

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ___/s/ Jeremy S. Simon_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

Counsel for Defendant